### KEITH BARILE *v.* COMMISSIONER OF CORRECTION

The petitioner Keith Barile's petition for certification for appeal from the Appellate Court, 80 Conn. App. 787 (AC 23511), is denied.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided March 24, 2004

### STATE OF CONNECTICUT *v.* JERRY THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 264 (AC 22724), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided March 24, 2004